IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CASE NO: _____

| | |
|---|---|
| Jacqueline Navarro,<br><br>  Plaintiff,<br><br>v.<br><br>Premium Fabricators, LLC<br><br>  Defendant. | **NOTICE OF REMOVAL** |

  NOW COMES the Defendant Premium Fabricators, LLC, by and through its attorney, Elizabeth A. Martineau, and hereby provides Notice of Removal of the above civil action to this Court from the Mecklenburg County Superior Court Division, based upon Federal Question Jurisdiction (28 U.S.C. § 1331). In support of this Petition for Removal, the aforementioned Defendant states as follows:

  1.  There is a pending action in the Superior Court of Mecklenburg County, North Carolina between the parties docketed as *Jacqueline Navarro v. Premium Fabricators, LLC*, 24CV060043-590 ("State Court Action"). A Copy of the Summons and Complaint, Verification, and Servicemembers Civil Relief Act Declaration are attached hereto collectively as **Exhibit A**.

  2.  The Complaint in the State Court Action was filed on January 10, 2025. Premium Fabricators, LLC was first served with a copy of the Complaint on January 21, 2025. This Notice of Removal is being filed within thirty (30) days of first service and is thus timely pursuant to 28 U.S.C. § 1446(b).

  3.  Plaintiff's First and Second Causes of Action assert a federal claim for alleged violations of Title VII of the Civil Rights Act of 1964, as amended 1991, ("Title VII") 42 U.S.C.A. § 2000e, et seq.

1

4. As such, this Federal Court has original jurisdiction over these federal questions, pursuant to 28 U.S.C. § 1331.

5. Venue is proper because Mecklenburg County resides in this district.

6. Defendant is concurrently filing a Notice of Filing Notice of Removal with the Clerk of Court for Mecklenburg County Superior Court and is serving Plaintiff with a copy of this Notice of Removal and a copy of the Notice of Filing Notice of Removal.

7. This Notice of Removal will promptly be provided to Plaintiff and the Clerk of the Superior Court of Mecklenburg County, North Carolina pursuant to 28 U.S.C. § 1446(d).

Respectfully submitted.

This 20th day of February 2025.

*/s/ Elizabeth A. Martineau*
Elizabeth A. Martineau
Federal ID Number: 11305
Charlotte I. Ressler
NC Bar #56577
Martineau King, PLLC
P.O. Box 241268
Charlotte, NC 28224
P: (704) 247-8520
F: (704) 247-8582
emartineau@martineauking.com
cressler@martineauking.com
Attorneys for Defendants